UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 3, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:09-mj-34 GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Nancy Sciolino, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Nancy Sciolino  Case 2:09-mj-34 GGH  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __  Release on Personal Recognizance

      __  Bail Posted in the Sum of _____

      _X_  Unsecured bond in the amount of $10,000

      __  Appearance Bond with 10% Deposit

      __  Appearance Bond secured by Real Property

      __  Corporate Surety Bail Bond

      _X_  (Other) Probation conditions/supervision;

Issued at  Sacramento, CA  on 2/3/09     at  3:05 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge